**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 10-cv-02868-MSK-KMT         FTR - Courtroom C-201

**Date:** July 18, 2011                          Deputy Clerk, Nick Richards

L-3 COMMUNICATIONS CORPORATION, and          Carolyn L. McIntosh
L-3 SERVICES, INC.,                          James Kendall Lewis
                                             Karen Lisa Solomon Weiss
          Plaintiffs,                        Steven Leon Levitt

v.

JAXON ENGINEERING & MAINTENANCE,             Daniel Edward Johnson
INC.,                                        Timothy Ryan Odil
JONI ANN WHITE,
RANDALL K. WHITE,
SCOTT WHITE,
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as
such names are unknown at this time,

          Defendants.

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 11:17 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiffs' Motion for Entry of Protective Order [Doc. No. 62, filed July 1, 2011] and Plaintiff's Opposed Motion for Leave to File Reply in Support of Plaintiffs' Motion for Entry of Protective Order [Doc. No. 67, filed July 15, 2011]

It is **ORDERED**:      Plaintiff's Opposed Motion for Leave [67] is **GRANTED**.

It is **ORDERED**:  Plaintiffs' Motion for Entry of Protective Order [62] is **GRANTED in part and DENIED in part** consistent with the court's orders during the hearing.  The Protective Order will be entered once the parties draft the Order – consistent with the court's rulings this date – to be submitted to the court on or before July 28, 2011.

The Protective Order shall include the following:

- Attorney's Eyes Only provisions, as stated on the record.  Logs of individuals exempt from the Attorney's Eyes Only provision are to be exchanged at the close of discovery.  Parties have 60 days from the time the lists are exchanged to file objections or motions for any violations of the Protective Order.

- As in-house counsel, Mr. Thomas Daly is subject to preclusion under the Attorney's Eyes Only provision and will not be shown the protected documents submitted by Defendants.

- Mr. Crane will be permitted, as the Plaintiff's expert, to view Attorney's Eyes Only material.  However, his ability to view the material is limited to any successful bids made by Defendants prior to November 23, 2010, the date this matter was filed. Mr. Crane will not be allowed to view Attorneys Eyes Only material pertaining to successful bids submitted after November 23, 2010.

- Mr. Charles Crane is covered by the patent prosecution bar as it is structured by the parties.

**Court in Recess: 2:04 p.m.**
Hearing concluded.
Total In-Court Time    02:47

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.