**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02868-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** October 3, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION, and<br>L-3 SERVICES, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>JAXON ENGINEERING & MAINTENANCE,<br>INC.,<br>JONI ANN WHITE,<br>RANDALL K. WHITE,<br>SCOTT WHITE,<br>SUSAN RETTIG,<br>CHARLES RETTIG,<br>JAMES YOUNGMAN,<br>JERRY LUBELL,<br>KELLY RICE,<br>JOHN MCCLURE, and<br>JOHN DOES 1-25, said names being fictitious as<br>such names are unknown at this time,<br><br>          Defendants. | Suzanne Maureen Parker<br>Carolyn L. McIntosh<br>Karen Lisa Solomon Weiss<br>Weslynn Reed<br><br><br><br>Daniel Edward Johnson<br>Timothy Ryan Odil |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 9:42 a.m.**
Court calls case. Appearances of counsel. Mr. Kevin Evans, representative from Serco, is also present.

Motion Hearing is called regarding Plaintiffs' Motion to Compel Defendants' Response to Plaintiffs' First and Second Sets of Rule 34 Requests [Doc. No. 89, filed September 7, 2011], Plaintiffs' Second Motion to Compel [Doc. No. 92, filed September 16, 2011], Defendants' Motion to Compel Responses to First Set of Discovery Requests and for Sanctions [Doc. No. 94, filed September 19, 2011], Defendants' Motion for Protective Order Regarding Deposition of Defendant Joni White, and Requests for Consolidated

Hearing [Doc. No.100, filed September 20, 2011] and Joint Motion to Amend Scheduling Order [Doc. No. 103, filed September 23, 2011].

The court hears discussion of documents produced by both parties.
The court hears discussion on HEMP technology.

Oral argument from plaintiff.
Oral argument from defendant.

Comments from Mr. Evans regarding government contracts

It is **ORDERED**:   Plaintiffs' Motion to Compel Defendants' Response to Plaintiffs' First and Second Sets of Rule 34 Requests [89] and Defendants' Motion to Compel Responses to First Set of Discovery Requests and for Sanctions [94] are **TAKEN UNDER ADVISEMENT**.

It is **ORDERED**:   Plaintiffs' Second Motion to Compel [92] is **DENIED** without prejudice.

It is **ORDERED**:   Joint Motion to Amend Scheduling Order [103] is **GRANTED**. Due to the issue regarding government contracts, the deadlines set in the March 3, 2011 Scheduling Order will be **VACATED** and extended to the following dates:

Fact Discovery Cut-off: April 23, 2012
Expert Discovery Cut-off: July 30, 2012
Dispositive Motions Deadline: October 9, 2012
Disclosure of Affirmative Experts: May 14, 2012
Disclosure of Rebuttal Experts: June 12, 2012
Written Discovery shall be served no later than 33 days prior to the discovery cut-off.
Exchange claim terms to be construed and preliminary claim constructions: February 23, 2012
Meet and confer over claim terms and preliminary claim constructions: February 27, 2012 through February 29, 2012
File claims needing construction and the opposing construction of these claims, as limited by the Court: March 15, 2012
Parties exchange (but do not file) Opening Claim Construction Briefs and supporting evidence: May 14, 2012
Parties exchange (but do not file) Responsive Claim Construction Briefs with supporting evidence: June 12, 2012

|   |   |
|---|---|
|   | Parties FILE opening Claim Construction Briefs, Responsive Claims Construction Briefs and supportive evidence complied in a single joint appendix with citations to Parties's briefs changed, in necessary, to reflect citation to documents in joint appendix: July 16, 2012 |
| It is **ORDERED**: | Defendants' Motion for Protective Order Regarding Deposition of Defendant Joni White [100] is **GRANTED IN PART**.  The deposition of Ms. White shall not be conducted before October 31, 2011. The parties shall agree on a date between November 1, 2011 and November 22, 2011. |

Furthermore,

|   |   |
|---|---|
| it is **ORDERED**: | All AEO documents, including AEO technical, will be produced by both parties.  All discovery in question pertaining to the motions in question at this hearing must be answered by both parties on or before November 7, 2011.  Any outstanding discovery resolved by orders given during this hearing or any discovery that requires re-drafting must be propounded by both sides on or before October 17, 2011. Any outstanding or re-drafted discovery must be answered on or before October 31, 2011. |
| It is **ORDERED**: | The parties shall agree on a third-party vendor and the search parameters in order to effectuate the search of home and office computer hard-drives of the defendants. |
| It is **ORDERED**: | The parties shall file as supplements to Motion to Compel [89] on behalf of the plaintiffs and Motion to Compel [94] on behalf of defendants any matters still outstanding that must be resolved by the court on or before November 10, 2011.  The parties will also address in the supplements the parameters of a site inspection of defendant's place of business. |
| It is **ORDERED**: | Defendant will obtain an answer through Serco regarding sensitive government contracts and attorney's eyes only documents requested in discovery under the protective order on or before October 24, 2011.  Plaintiff shall file a status report advising the court of Serco's response on the government's agreement (or lack thereof) to produce documents. The court may consider their ability to object waived if no response is received. |

**Court in Recess: 1:13 p.m.**
Hearing concluded.

Total In-Court Time    03:31

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.