IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02868–MSK–KMT

L-3 COMMUNICATIONS CORPORATION, and
L-3 SERVICES, INC.,

      Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.,
JONI ANN WHITE,
RANDALL K. WHITE,
SCOTT WHITE,
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as such names are unknown at this time,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Unopposed Motion for Leave to File Response to Defendants' Report to the Court Regarding Issues from Pending Motions to Compel that Still Must Be Resolved by the Court" (Doc. No. 147, filed Dec. 22, 2011) is GRANTED.   The clerk of court shall file Plaintiffs' Response (Doc. No. 147-1), and attach Exhibits 1-3 to Plaintiffs' Response (Doc. Nos. 147-2, 147-3, & 147-4) thereto.

Dated: December 28, 2011