**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02868-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** March 6, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION, and<br>L-3 SERVICES, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>JAXON ENGINEERING & MAINTENANCE, INC.,<br>JONI ANN WHITE,<br>RANDALL K. WHITE,<br>SCOTT WHITE,<br>SUSAN RETTIG,<br>CHARLES RETTIG,<br>JAMES YOUNGMAN,<br>JERRY LUBELL,<br>KELLY RICE,<br>JOHN MCCLURE, and<br>JOHN DOES 1-25, said names being fictitious as such names are unknown at this time,<br><br>          Defendants. | Benjamin G. Chew<br>Steven Leon Levitt<br>Thomas Francis Daley<br>Karen Lisa Solomon Weiss<br><br><br><br>Jennette C. Roberts<br>Daniel Edward Johnson (by phone) |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:35 p.m.**
Court calls case. Appearances of counsel. Ms. Joni White also present with defense counsel.

Motion Hearing is called for final consideration regarding Defendants' Motion to Compel Responses to First Set of Discovery Requests and for Sanction [Doc. No. 94, filed September 19, 2011]. The Court will hear argument with respect to the adequacy of Plaintiff's responses to Interrogatory No. 1, subsections (b) through (e) and any outstanding argument with respect to production of documents in connection with that Motion.

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**: Interrogatory No. 1 subsection (b) is considered resolved. Plaintiff agrees to provide a list as to each trade secret, the person or persons who developed each trade secret, and the approximate dates on which such person developed it.

Further argument from counsel regarding Interrogatory No. 1 subsections (c) through (e).

It is **ORDERED**: Defendant's Motion to Compel Responses to First Set of Discovery Requests and for Sanctions [94] is **GRANTED IN PART and DENIED IN PART**. As to Interrogatory No. 1 subsection (c), Plaintiff's shall produce Form DD882's generated with respect to any contract in place for the period beginning five years prior to the filing date of this matter. Additionally, Plaintiff shall produce any fully signed and executed contract generated during the same period. Plaintiff's counsel shall provide the documents to defense counsel on or before March 23, 2012. All other objections to Interrogatory No. 1 (c) are sustained.

As to Interrogatory No. 1 subsections (d) and (e), plaintiff's objections are sustained.

It is **ORDERED**: Both parties shall provide a list of documents to be re-designated from AEO to AEO-technical and Defendants shall prepare and provide an exceptions list for AEO material all to be exchanged on or before March 9, 2012.

**Court in Recess: 2:59 p.m.**
Hearing concluded.
Total In-Court Time    01:24

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.