**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02868-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** April 12, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION, and<br>L-3 SERVICES, INC., | Benjamin G. Chew<br>Thomas Francis Daley |
| Plaintiffs, | |
| v. | |
| JAXON ENGINEERING & MAINTENANCE, INC.,<br>JONI ANN WHITE,<br>RANDALL K. WHITE,<br>SCOTT WHITE,<br>SUSAN RETTIG,<br>CHARLES RETTIG,<br>JAMES YOUNGMAN,<br>JERRY LUBELL,<br>KELLY RICE,<br>JOHN MCCLURE, and<br>JOHN DOES 1-25, said names being fictitious as such names are unknown at this time, | Daniel Edward Johnson<br>Jennette C. Roberts |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 1:29 p.m.**
Court calls case. Appearances of counsel. Ms. Joni White is present with defense counsel.

Motion Hearing is called regarding Plaintiff's Emergency Motion to Compel the Deposition of Defendant Susan Rettig [Doc. No. 221, filed April 2, 2012] and Defendants' Emergency Motion for Protective Order Regarding Deposition of Defendant Susan Rettig and Request for Consolidated Hearing [Doc. No. 226, filed April 2, 2012].

Oral argument by plaintiff.
Oral argument by defendant.

It is **ORDERED**:   Plaintiff's Emergency Motion to Compel [221] is **GRANTED IN PART**. The deposition of Ms. Rettig will proceed as scheduled on April 18, 2012. Plaintiff's counsel will produce either an imaged copy of the hard-drive of Ms. Rettig OR, by electronic mail, a complete data log with information pertaining to system meta data, deleted data, file structures, user data, log-in information, and access of any person or user to any data from the computer Ms. Rettig used while employed by L-3 Communications Corporation. The data in question will range from 2007 to the date the hard-drive was seized from Ms. Rettig. Plaintiff's counsel shall make every effort to produce either the imaged hard-drive or the data log to defense counsel by 5:00 p.m. Eastern Standard Time on April 13, 2012.

It is **ORDERED**:   Defendants' Emergency Motion for Protective Order [226] is **DENIED** as stated on the record and the deposition of Ms. Rettig will proceed as scheduled.

**Court in Recess: 3:12 p.m.**
Hearing concluded.
Total In-Court Time    01:43

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.