**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02868-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** May 17, 2012 | Deputy Clerk, Nick Richards |
| | |
| L-3 COMMUNICATIONS CORPORATION, and L-3 SERVICES, INC., | Steven Leon Levitt<br>Karen Lisa Solomon Weiss<br>Benjamin G. Chew |
| Plaintiffs, | Thomas Francis Daley |
| v. | |
| JAXON ENGINEERING & MAINTENANCE, INC.,<br>JONI ANN WHITE,<br>RANDALL K. WHITE,<br>SCOTT WHITE,<br>SUSAN RETTIG,<br>CHARLES RETTIG,<br>JAMES YOUNGMAN,<br>JERRY LUBELL,<br>KELLY RICE,<br>JOHN MCCLURE, and<br>JOHN DOES 1-25, said names being fictitious as such names are unknown at this time, | Daniel Edward Johnson<br>Jennette C. Roberts |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 9:02 a.m.**
Court calls case. Appearances of counsel. Ms. Joni White and Mr. Kevin D. Evans also present.

Motion Hearing is called regarding Plaintiffs Motion to Redesignate Defendants' Certain "Attorneys' Eyes Only" Designations to "Attorneys' Eyes Only-Technical [Doc. No. 170, filed February 15, 2012], Plaintiffs' Motion to Compel [Doc. No. 181, filed February 24, 2012], Plaintiffs' Motion to Compel Responses to Requests 2 Through 15 of Subpoena *Duces Tecum* to Serco, Inc. [Doc. No. 207, filed March 16, 2012], Defendants Motion to Restrict Access to ECF Nos. 199 and 204-1 and Request for Order to Show Cause [Doc. No. 209, filed March 20, 2012], McKenna Long & Aldridge LLP's Motion for

Protective Order and to Quash Rule 45 Subpoena and for Attorneys' Fees [Doc. No. 235, filed April 5, 2012], Motion to Quash Subpoena for Documents Served by L-3 on Steese, Evans & Frankel, P.C., Counsel for Nonparty Serco, Inc. And D.C.COLO.LCivR 7.1A Certification [Doc. No. 236, filed April 5, 2012], and Plaintiffs' Emergency Motion to Amend Scheduling Order and to Increase the Permissible Number of Depositions [Doc. No. 267, filed May 11, 2012].

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**: Defendants Motion to Restrict Access [209] is **GRANTED IN PART**. Documents 199 and 204-1 will be held as Restriction-Level 3. Document 209-3, exhibit to 209, will be filed as the publicly viewable Reply in place of the now restricted Doc. No. 199. The motion is **DENIED** as to sanctions.

It is **ORDERED**: Plaintiffs Motion to Redesignate [170] is **GRANTED** to the extent that those items listed as task proposals Jaxon 367, 408-409, 537-554, 722-730, 758-764, 723-830, 882-889, 931-932, 994-1001, and 1047-1053 shall be redesignated as "AEO-Technical."

The motion is **GRANTED** with respect to "Initial Talking Papers" filed as Document 195-2. The document will be retained under the general confidentiality provisions of the Protective Order, however shall not be characterized as "Attorneys' Eyes Only."

Oral argument from defendant regarding Motion to Compel [181].
Oral argument from plaintiff regarding Motion to Compel [181].

A mirror image of L-3's hard drive as to Susan Rettig will be produced to defense counsel within 5 business days of this hearing.

**Court in Recess: 11:46 a.m.**
**Court in Session: 2:01 p.m.**

Mr. Levitt and Mr. Evans inform the court that Plaintiffs' Motion to Compel [207] and Motion to Quash [236] are **WITHDRAWN** without prejudice. The Motion to Quash [236] is withdrawn with the understanding the subpoena to Steese, Evans & Frankel will be withdrawn.

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**: Plaintiff's Motion to Compel [181] is **GRANTED IN PART AND**

**DENIED IN PART**. The motion is **GRANTED** as to documents covered by Form DD-254 and as to which the government agencies have given approval for release, as well as Plaintiff's request for an inspection of Jaxon equipment, software, or hardware not currently located on government premises. The documents in question, as well as an inspection of Jaxon equipment, shall be produced and occur on or before June 1, 2012.

The court finds Prime 1/Agency B has reserved its right to review and object to production of documents otherwise subject to discovery production in this matter and sent by defendant on March 5, 2012 and May 2, 2012. However it is **ORDERED** that its right to review will be considered **waived** if objections to production are not made by Prime 1/Agency B on or before June 15, 2012. Any documents produced after waiver will be done so under the Protective Order currently in place.

Should L-3 wish to observe a demonstration of any Jaxon equipment, appropriate motions must be filed.

The motion is **DENIED** as to production of a mirror image of any computer hard drive or external drive pertaining to Charles Rettig, Scott White, Randy White, James Youngman, Kelly Rice, Jaxon computer's or external drives accessed by Corey White, and any computer used to prepare HEMP-related proposals sent to Serco and to analyze test results.

The parties shall meet and confer and establish acceptable protocols for computer and hard drive searches on or before May 24, 2012.

It is **ORDERED**:   Plaintiff's Emergency Motion to Amend Scheduling Order [267] is **GRANTED IN PART**. One hundred days will be added to each of the dates currently set forth by the court in Order [Doc. No. 180, filed February 21, 2012]. Should the date fall on a weekend, the date will be set to the previous Friday. The dates will be set by separate order.

Each side is granted an additional 5 depositions, for a total of 20 depositions per side. The additional depositions exclude experts but include parties.

Mr. Chew informs the court that Motion for Protective Order and to Quash Rule 45 Subpoena [235] is **WITHDRAWN** without prejudice. Sanctions will not be awarded as to

this motion.

**Court in Recess: 3:17 p.m.**
Hearing concluded.
Total In-Court Time     04:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.