**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02868-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** January 22, 2013 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| L-3 COMMUNICATIONS CORPORATION, and L-3 SERVICES, INC., <br><br>           Plaintiffs, <br><br>v. <br><br>JAXON ENGINEERING & MAINTENANCE, INC., <br>JONI ANN WHITE, <br>RANDALL K. WHITE, <br>SCOTT WHITE, <br>SUSAN RETTIG, <br>CHARLES RETTIG, <br>JAMES YOUNGMAN, <br>JERRY LUBELL, <br>KELLY RICE, <br>JOHN MCCLURE, and <br>JOHN DOES 1-25, said names being fictitious as such names are unknown at this time, <br><br>           Defendants. | Benjamin G. Chew <br>Karen Lisa Solomon Weiss <br>Nigel Lance Wilkinson <br>Rory Edward Adams <br>Steven Leon Levitt <br><br><br><br><br>Charles Edward Swanson <br>Jennette C. Roberts <br>Lora Ann Brzezynski |

**COURTROOM MINUTES / MINUTE ORDER**

**PRELIMINARY INJUNCTION HEARING DAY 4**
**Court in session: 9:01 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding the continuation of Plaintiffs' Motion for Preliminary Injunction [Doc. No. 383, filed October 19, 2012] and Defendants' Motion to Compel and Motion for Sanctions [Doc. No. 417, filed November 19, 2012]. The public entry for Defendants' Motion to Compel [417] is Doc. No. 419, filed November 20, 2012.

9:04 a.m. Defendants' Direct Examination of Mr. Timothy Farajian.

Exhibits **D35**, **D37**, **D73**, **P49**, and **P51** are identified, offered, and admitted.

**Court in Recess: 10:21 a.m.**
**Court in Session: 10:37 a.m.**

10:38 a.m. Cross-Examination of Mr. Farajian.

Exhibits **P44** described on the record as Farajian-00003, **P44A** described as Farajian-00004, **P44B** as described on the record as Farajian-00010, Farajian-00011, and Farajian-00026, **P45** described as Farajian-00052, **P45A** described as Farajian-00053, Farajian-00197, Farajian-00178, and Farajian-00164, **P45B** described as Farajian-00054-57, **P47** described as Farajian-00212, **P47A** described as Farajian-00213, and **P147** are identified, offered, and admitted.

**Court in Recess: 12:06 p.m.**
**Court in Session: 1:24 p.m.**

Kathleen Michele Kramer is now present for Defendants.

1:25 p.m. Continued Cross-Examination of Mr. Farajian.

Exhibit **P52** described on the record as Farajian-00304, **P52A** described as Farajian-00305 and 00306, and **P52B** described as Farajian-00318 to the end of the exhibit, with the exception of screen shots produced by counsel, are identified, offered, and admitted.

**Court in Recess: 2:47 p.m.**
**Court in Session: 3:05 p.m.**

3:05 p.m. Continued Cross-Examination of Mr. Farajian.

Exhibit **P148** is identified, offered, and admitted.

3:11 p.m. Re-Direct of Mr. Farajian.

Defendants make renewed objection to Exhibit P148.

It is **ORDERED**:   Defendants' Renewed Objection to Exhibit P148 is **GRANTED**. Exhibit P148 is stricken from the record.

It is **ORDERED**:   Plaintiffs' Motion for Preliminary Injunction [383] is **TAKEN UNDER ADVISEMENT**. Counsel shall file simultaneous briefing in lieu of oral argument on or before February 15, 2013. Counsel shall file any reply briefs, if necessary, on or before February 22, 2013.

It is **ORDERED**:   Defendants' Motion to Compel and Motion for Sanctions [417] is reset to January 30, 2013 at 1:00 p.m.

**Court in Recess: 4:04 p.m.**
Hearing concluded.
Total In-Court Time    05:14

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.