IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02868–MSK–KMT

L-3 COMMUNICATIONS CORPORATION, and
L-3 SERVICES, INC.,

    Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.,
JONI ANN WHITE,
RANDALL K. WHITE,
SCOTT WHITE,
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as such names are unknown at this time,

    Defendants.

---

## ORDER

---

This matter is before the court on the March 20, 2013 "Special Master's Statement of Fees." (Doc. No. 588, filed March 27, 2013.) The court previously required Plaintiffs and Defendants to each place $5,000 in the Registry of the Court. (*See* Order Appointing Special Master, Doc. No. 515, at 4.) These payments were made on January 25 and January 30, 2013, respectively. (*See* Doc. Nos. 524 & 532.)

Based on Special Master William A. Martinez's Statement and the invoices attached thereto, it is

ORDERED that the Registry of the Court shall disburse the entire amount of $10,000 being held by the Registry of the Court to William A. Martinez for his services as Special Master in this case.  It is further

ORDERED that, no later than **April 10, 2013**, Plaintiffs and Defendants each shall pay Special Master Martinez $1,258.75, the combined total of those payments constituting the $2517.50 in excess of the $10,000 held in the Court Registry.  Special Master Martinez's contact information is featured in the Order Appointing Special Master.  (Doc. No. 515 at 2.)  It is further

ORDERED that the court will not require at this time that the parties place additional funds in the Court Registry.  Instead, upon future statements of services and charges filed by Special Master Martinez, the court will order the parties to remit payment to Special Master Martinez directly.

Dated this 27th day of March, 2013.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge