IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02868–MSK–KMT

L-3 COMMUNICATIONS CORPORATION, and
L-3 SERVICES, INC.,

      Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.,
JONI ANN WHITE,
RANDALL K. WHITE,
SCOTT WHITE,
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as such names are unknown at this time,

      Defendants.

---

**ORDER**

---

This matter is before the court on the April 14, 2013 "Special Master's Statement of

Fees." (Doc. No. 617, filed April 19, 2013.) The invoices attached to the Special Master's

Statement indicate an outstanding balance for services rendered of $14,560.50.[1]  Based on the Special Master's Statement and the invoices attached thereto, it is

ORDERED that, no later than **May 3, 2013,** Plaintiffs shall pay Special Master William A. Martinez $7,293.75 and Defendants shall pay Special Master Martinez $7,266.75,[2] such that the combined total of those payments equal the $14,560.50 outstanding balance.

Dated this 19th day of April, 2013.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge

---

[1] The Special Master's invoices state an amount due of $24,560.50.  However, that amount includes the $10,000 that the court previously ordered disbursed from the Registry of the Court because the Special Master had not yet received that payment at the time the invoice was created.  The Special Master has since advised the court that he has now received that $10,000 payment from the Court Registry.

[2] There is a disparity between the payments required of Plaintiffs and Defendants because Defendants mistakenly transposed two digits of the amount previously due to the Special Master, resulting in a $27.00 overpayment.  (*See* Special Master Stmt.)  Thus, the payment Defendants are required to make credits Defendants for the prior overpayment.