# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 10-cv-02868-MSK-KMT | Date: | November 5, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:* 

*Counsel:*

L-3 COMMUNICATIONS CORPORATION, and
L-3 SERVICES, INC.,

Steven Levitt
Karen Weiss
Nigel Wilkinson *(by telephone)*
Benjamin Chew *(by telephone)*

    Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.,
JONI ANN WHITE,
RANDALL K. WHITE,
SCOTT WHITE,
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as such
names are unknown at this time,

Daniel Johnson
Jennette Roberts
Lora Brzezynski *(by telephone)*

    Defendants.

## COURTROOM MINUTES

**STATUS CONFERENCE**

**1:32 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Court advises counsel that the Special Master has agreed to continue with additional review of this case.

Discussion regarding Chief Judge Krieger's Order [694], duplicate documents on the privilege log, sorting documents by hash code in the database, de-duped copy of master log, special master payment, depositions, and redacted hard drives.

Ms. Robert states Defendants will attempt to suppress duplicates in database and modify and reassess the privilege log for further review by the Special Master.

Mr. Johnson states that Defendants have withdrawn the accountant/client privilege claim but continue to assert the spousal and work product privilege claims.

**ORDERED:** Plaintiffs' Objections [620] and Defendants' Objection [657] to Report, Findings of Fact, Conclusions of Law and Order of Special Master [601] are **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Because the database passwords were reset, Defendants are directed to provide the Court and Special Master with the passwords to access the database. All documents for the Court and Special Master review are due on or before November 15, 2013. The Court will issue a separate written order to the Special Master, as stated on record.

**ORDERED:** Each side is directed to deposit $5,000.00 into the court registry for payment for the services rendered by the Special Master on or before November 22, 2013. The Special Master will bill the Court accordingly for the time spent on reviewing documents. After the Special Master's final bill, any remaining money on deposit with the Court shall be refunded in equal portions to the parties.

Mr. Johnson states that all redacted hard drives have been produced to Plaintiffs.

**3:30 p.m.**     **Court in recess.**
**3:54 p.m.**     **Court in session.**

Discussion regarding the compromise between parties.

**ORDERED:** Discovery cut off is extended to December 13, 2013, with the exception of discovery involving the depositions by Plaintiffs of Defendants Rule 30(b)(6) witness and the depositions of Charles Rettig, Susan Rettig, James Youngman, and Randall White. Those depositions will be scheduled on or between March 17, 2014 through April 4, 2014 at the parties' discretion and convenience. The dispositive motions deadline extended to September 5, 2014.

**ORDERED:** The Special Master's report is due on or before January 21, 2014. Any and all objections to the Special Master's report, by either side, are due on or before February 5, 2014. The parties shall come to an agreement about how to relay information to their respective IT vendors regarding compliance with the Special Master's order, with the exception of any disputes by either side of the order, on or before February 7, 2014. If either party files an objection to a document, that document will remain sealed. The Special Master's order will be carried out as to any other documents. If the Special Master upholds a privilege, the document will not be produced. If the Special Master does not uphold a privilege, the document will be produced (unless specifically objected to as noted herein). All documents according to the Special Master's order that need to be produced, and are not otherwise objected to by Plaintiff or Defendant, will be produced on or before February 28, 2014.

**ORDERED:** The claim construction dates previously set remain in effect.

**ORDERED:** Defendants' Motion for Protective Order Regarding Deposition of Defendant Randall White [722] is GRANTED IN PART, consistent with the other orders of the Court, as stated on record.

**ORDERED:** The second entry on Exhibit A [710-1] to Plaintiffs' Status Report [710] is STRICKEN as discussed.

**4:40 p.m.**   Court in recess.

Hearing concluded.
Total in-court time   02:44

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.