**IN THE UNID STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 10-cv-02868-MSK-KMT | Date: | November 20, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                     *Counsel:*

L-3 COMMUNICATIONS CORPORATION, and           Steven Levitt
L-3 SERVICES, INC.,                                                  Nigel Wilkinson

   Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.,      Lora Brzezynski
JONI ANN WHITE,                                                      Kathleen Kramer
RANDALL K. WHITE,                                                Charles Swanson
SCOTT WHITE,                                                          Jennette Roberts
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as such
names are unknown at this time,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:28 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Court advises counsel the $5,000.00 check sent to the Special Master for payment needs to be deposited into the registry of the court.

Discussion regarding Plaintiffs' Motion for Protective Order [701].

**3:39 p.m.**     **Court in recess.**
**3:56 p.m.**     **Court in session.**

Further discussion regarding Plaintiffs' Motion for Protective Order [701].

**5:34 p.m.**     **Court in recess.**
**5:46 p.m.**     **Court in session.**

Further discussion regarding Plaintiffs' Motion for Protective Order [701].

**ORDERED:   Plaintiffs' Motion for Protective Order [701] is GRANTED IN PART AND DENIED IN PART, regarding topics 3, 5, 10, 11, and 32 as narrowed by the Court.  As to topic 32, the Plaintiff will prepare a witness to testify whether any or all of the equipment, without specificity, has been utilized by L-3 since the discovery by L-3 of the equipment. The motion is GRANTED regarding topics 12, 15, 18, 24, 25, 36, and 37, as discussed.  With respect to topics 36 and 37, the motion is DENIED at this time but reserving Defendants' rights for further inquiry at a later time.  Defendants shall serve upon the Plaintiffs 10 contention interrogatories concerning patent issues on or before December 6, 2013.  Plaintiffs' responses to the contention interrogatories are due on or before January 6, 2014.  The motion is DENIED in all other respects, consistent with the limitations placed by the Court.**

Discussion regarding length of deposition of 30(b)(6) witness. Defendants' oral motion to increase Rule 30(b)(6) deposition time by 5 additional hours by Ms. Brzezynski.

**ORDERED:   Defendants' oral motion to increase Rule 30(b)(6) deposition time is GRANTED, however only an additional 4 hours shall be allowed.**

Ms. Brzezynski states that counsel did not meet and confer regarding Plaintiffs' Motion to Compel [712].

Defendants' oral motion to strike Plaintiffs' Motion to Compel [712] for failure to meet and confer by Ms. Brzezynski.

**ORDERED:   Defendants' oral motion to strike Plaintiffs' Motion to Compel [712]  is GRANTED.  Plaintiffs' Motion to Compel  [712] is STRICKEN for failure to meet and confer as directed by D.C.COLO.LCivR 7.1(A).**

**7:05 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    05:08

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.