IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02868–MSK–KMT

L-3 COMMUNICATIONS CORPORATION, and
L-3 SERVICES, INC.,

      Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.,
JONI ANN WHITE,
RANDALL K. WHITE,
SCOTT WHITE,
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as such names are unknown at this time,

      Defendants.

# ORDER

This matter is before the court on the "Special Master's Statement of Services and Fees." (Doc. No. 860, filed Jan. 12, 2014.) The court previously required Plaintiffs and Defendants to each place $5,000 into the court registry for payment for the services rendered by the Special Master. (Nov. 5, 2013 Courtroom Minutes, Doc. No. 735.) These payments were made on November 22 and 26, 2013. (Doc. Nos. 758 & 762.)

Based on Special Master William A. Martinez's Statement and the invoices attached thereto, it is

ORDERED that the Clerk shall disburse the entire $10,000, plus any interest less any registry fees, being held in the Court Registry to William A. Martinez for his services as Special Master in this case. It is further

ORDERED that, no later than January 27, 2014, Plaintiffs and Defendants each shall pay Special Master Martinez $5,732.50, the combined total of those payments constituting the $11,465.00 in excess of the $10,000 held in the Court Registry. Special Master Martinez's contact information is featured in the Order Continuing Appointment of Special Master. (Doc. No. 738.)

Dated this 17th day of January, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge