**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Civil Action No. 10-cv-02868-MSK-KMT

L-3 COMMUNICATIONS CORPORATION; and
L-3 SERVICES, INC.,

      Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.;
JONI ANN WHITE;
RANDALL K. WHITE;
SCOTT WHITE;
SUSAN RETTIG;
CHARLES RETTIG;
JAMES YOUNGMAN;
JERRY LUBELL;
KELLY RICE; and
JOHN MCCLURE,

      Defendants.

_____

**ORDER**
_____

      **THIS MATTER** comes before the Court *sua sponte*, pursuant to several matters.

      1.  Given the proliferation of motions to restrict access filed by the parties, this Court authorizes the Magistrate Judge to devise and implement a protocol for the parties to follow with the purpose of minimizing the need for the filing of sensitive material and, by extension, the need for motions to restrict access.

      2.  The Magistrate Judge is authorized, at the appropriate time, to convene such hearings and other proceedings as may be appropriate to assist the parties in meaningfully narrowing the

issues in dispute and drafting a sufficient Statement of Claims and Defenses for inclusion in any proposed Pretrial Order.

    3.  The Court will hold a <u>non-evidentary</u> hearing at **1:30 p.m.** on **July 1, 2014** for the purpose of addressing the parties' Joint Motion for Claim Construction Hearing **(# 981)** and, if necessary, to set any future hearing on claim construction that the Court deems necessary.

Dated this 17th day of April, 2014.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge