IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02868–MSK–KMT

L-3 COMMUNICATIONS CORPORATION, and
L-3 SERVICES, INC.,

    Plaintiffs,

v.

JAXON ENGINEERING & MAINTENANCE, INC.,
JONI ANN WHITE,
RANDALL K. WHITE,
SCOTT WHITE,
SUSAN RETTIG,
CHARLES RETTIG,
JAMES YOUNGMAN,
JERRY LUBELL,
KELLY RICE,
JOHN MCCLURE, and
JOHN DOES 1-25, said names being fictitious as such names are unknown at this time,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Third Party Fitch, Even, Tabin & Flannery LLP's Motion for Leave to Submit Surreply Brief" (Doc. No. 1135, filed Aug. 25, 2014) is GRANTED. The Clerk of Court is directed to file the "Surreply Brief of Third Party Fitch, Even, Tabin & Flannery LLP" (Doc. No. 1135-1) and attach Exhibit A (Doc. No. 1135-2) thereto.

Dated: September 3, 2014